## * WATSON *v* McCLAY.  [288]

NEW TRIAL—DISCRETION.—The exercise of a sound discretion in granting a new trial, upon a review of the facts alone, will not be disturbed.

Mr. Justice HEYDENFELDT delivered the opinion of the Court.  Mr. Ch. J. MURRAY concurred.

Where the Court below, in the exercise of a sound discretion, grants a new trial upon a review of the facts alone, we have always refused to disturb it.

Cited, 5 Kan. 133.